# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-16-683-F ) ) |
| **ATCH, LLC d/b/a G-MART, and ALI ASGHAR KHAN,** | ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of the above-styled action.

        MARK A. YANCEY
        United States Attorney

        *s// Ronald R. Gallegos*
        RONALD R GALLEGOS
        Bar Number: 013227 AZ
        MATTHEW P. ANDERSON
        Bar Number: 30472 OK
        Assistant United States Attorneys
        United States Attorney's Office
        210 Park Avenue, Suite 400
        Oklahoma City, OK 73102
        matthew.anderson2@usdoj.gov
        ron.gallegos@usdoj.gov
        Telephone:  (405) 553-8844
        Facsimile:   (405) 553-8885

                                        *s// Dan Murdock*
                                        (Signed by Filing Attorney with permission of Attorney)
DAN MURDOCK
OBA No. 6521
Law Office of Dan Murdock
3037 Northwest 63rd Street, Ste. 151W
Oklahoma City, OK 73116
murdocklaw6@gmail.com
Telephone: (405) 516-0785
Facsimile: (866) 435-5150

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the Electronic Case Filing (ECF) System for filing and transmittal of a notice of electronic filing to the following ECF registrant:

Dan Murdock
Law Office of Dan Murdock
3037 Northwest 63rd Street, Ste. 151W
Oklahoma City, OK 73116
*Attorney for Defendants*

                                        *s// Ronald R. Gallegos*
RONALD R. GALLEGOS
Assistant United States Attorney

2